People v Albanese (2023 NY Slip Op 04076)

People v Albanese

2023 NY Slip Op 04076

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

578 KA 19-01461

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JOHN R. ALBANESE, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (DAVID R. JUERGENS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (SCOTT MYLES OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Monroe County Court (Stephen T. Miller, A.J.), rendered May 7, 2019. The judgment convicted defendant upon a plea of guilty of attempted course of sexual conduct against a child in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: On appeal from a judgment convicting him upon his guilty plea of attempted course of sexual conduct against a child in the first degree (Penal Law §§ 110.00, 130.75 [1] [b]), defendant contends that his waiver of the right to appeal is invalid and that his negotiated sentence is unduly harsh and severe. Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid, as the People concede, we perceive "no basis in the record to exercise our power to modify the negotiated sentence[] as a matter of discretion in the interest of justice (see CPL 470.15 [6] [b])" (People v Baxter, 204 AD3d 1440, 1441 [4th Dept 2022], lv denied 38 NY3d 1069 [2022]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court